FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AM 8:42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Administrative Order |
| | ) | # MC418-021 |
| COURT OPERATIONS DURING HOLIDAYS | ) | |

The Administrative Office of the U. S. Courts has indicated that "a chief judge as agency head may designate an additional day as a holiday (excused absence)." Typical examples include a day specially designated as a holiday by the President or the Congress of the United States, or by local court order; or the day immediately before or after Christmas or Thanksgiving. Excused absence for a holiday is granted only for a specific date.

Further, Federal law (5 U.S.C. 6103) establishes public holidays for Federal employees. Based on the foregoing,

**IT IS HEREBY ORDERED AND ADJUDGED** that the following holiday schedule will be in effect for the Southern District of Georgia:

Monday, December 24, 2018 - Court closed for holiday – day before Christmas
Tuesday, December 25, 2018 - Christmas – Federal Holiday
Monday, December 31, 2018 - Court closed for holiday – day before New Year's Day
Tuesday, January 1, 2019 - New Year's Day – Federal Holiday

**IT IS ALSO ORDERED AND ADJUDGED** that the rules regarding judicial emergencies will continue to apply during the designated holidays.

**ORDER ENTERED**, this 5th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Copies furnished to:

    Honorable Ed Carnes, Chief Judge, Eleventh Circuit
    All Southern District Judges and Magistrate Judges
    All Southern District Bankruptcy Judges
    James Gerstenlauer, Circuit Executive, Eleventh Circuit
    Bobby Christine, United States Attorney
    David L. Lyons, United States Marshal
    Scott L. Poff, Clerk of Court
    Lucinda Rauback, Clerk of Court, Bankruptcy Court
    Suzanne Mingledorff, Chief Probation Officer